**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Inho Yang, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

Portfolio Recovery Associates, LLC,

    Defendant.

Docket No: 7:19-cv-09141-VB

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: January 17, 2020

**MCGUIREWOODS LLP**

By: /s/ Aaron Jaroff
Aaron Jaroff, Esq.
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Tel: (212) 548-2133
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: ConsumerRights@BarshaySanders.com
Our File No: 116739
*Attorneys for Plaintiff*

SO ORDERED: [signature] 1/21/2020
Hon. Vincent L. Briccetti
United States District Judge